# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142842(63)

KENNETH ADMIRE,
     Plaintiff-Appellee/
     Cross-Appellant,

v

     SC: 142842
     COA: 289080
     Ingham CC: 07-001752-NF

AUTO-OWNERS INSURANCE COMPANY,
     Defendant-Appellant/
     Cross-Appellee.

_____

     On order of the Chief Justice, the motion by Auto Club Insurance Group for leave to concur in the brief *amicus curiae* filed by the Michigan Insurance Coalition is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk